PAUL, HASTINGS, JANOFSKY & WALKER LLP
GLENN D. DASSOFF (SB# 96809)
SCOTT H. SIMS (SB# 234148)
Seventeenth Floor
695 Town Center Drive
Costa Mesa, CA  92626-1924
Telephone: (714) 668-6200
Facsimile: (714) 979-1921

JS-6

Attorneys for Plaintiff
KRIKORIAN PREMIERE THEATRES, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRIKORIAN PREMIERE THEATRES, LLC, a California Limited Liability Company,<br><br>    Plaintiff,<br><br>vs.<br><br>LITCHFIELD ADVISORS, INC., an Illinois corporation,<br><br>    Defendants. | CASE NO. **5:04-cv-00930-FMC-OPx**<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41**<br>**and ORDER THEREON** |

LEGAL_US_W # 59978438.1

STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE THAT,** pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, Plaintiff Krikorian Premiere Theatres LLC ("Plaintiff"), and Defendant Litchfield Advisors, Inc. ("Defendant"), by and through their respective counsel of record, hereby stipulate to the dismissal with prejudice of Plaintiff's action against Defendants, with each party to bear its own costs and fees.

DATED: September 16, 2008

PAUL, HASTINGS, JANOFSKY & WALKER LLP
GLENN D. DASSOFF
SCOTT H. SIMS

By: /s/ Glenn D. Dassoff
GLENN D. DASSOFF

Attorneys for Plaintiff
KRIKORIAN PREMIERE THEATRES, LLC

DATED: September 16, 2008

STEPTOE & JOHNSON
MICHAEL F. WRIGHT

By: /s/ Michael F. Wright
MICHAEL F. WRIGHT

Attorneys for Defendant
LITCHFIELD ADVISORS, INC.

**IT IS SO ORDERED**
DATED September 18, 2008

*[signature]*

**FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE**